UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No.: 14-1622
[No.: 14-1727]
(5:12-cv-00069-H)

| | |
|---|---|
| PRIME COMMUNICATIONS, L.P., <br><br> Appellant, <br><br> v. <br><br> ROSE LORENZO, and all others similarly situated, <br><br> Appellees. | **APPELLEES' RESPONSE TO MOTION TO CONSOLIDATE** |

COMES NOW Appellees Rose Lorenzo, on behalf of herself and all others similarly situated (collectively, "Appellees") by counsel, and state the following in response to Prime Communications, L.P.'s ("Appellant" or "Prime") Motion to Consolidate appeals 14-1622 and 14-1727 (Appeal 14-1622 Doc. [18]) ("Consolidation Motion").

Appellees do not oppose consolidation of the two pending appeals. While the issues presented by the appeals are not inextricably intertwined and do not have to be considered together, Appellees recognize that consolidation of the appeals will inevitably increase efficiency and decrease costs expended by the parties. Nevertheless, Appellees note that the two appeals deal with, what are in large part,

separate issues. These issues have arrived before the Court upon distinct procedural histories and appeal vehicles. To that end, Appellees assert no objection to the Consolidation Motion provided its being granted shall not act to the prejudice of their still pending Motion to Strike (Appeal 14-1622 Doc. [5]), nor to the prejudice of any procedural, legal, or factual flaws presented in Appeal 14-1727 or Appeal 14-1622 which Appellees may later raise.

## CONCLUSION

WHEREFORE, Appellees respectfully request that the Court consolidate the appeals, however not to the prejudice of Appellees, and for such other relief as the Court may grant.

**Dated**: July 25, 2014.

Respectfully submitted,

**Appellees ROSE LORENZO,
and all others similarly situated,**
By Their Undersigned Attorneys

/s/ Harris D. Butler, III
Harris D. Butler, III
Virginia State Bar No:  26483
Zev H. Antell
Virginia State Bar No:  74634
BUTLER ROYALS, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia  23219
harris.butler@butlerroyals.com
zev.antell@butlerroyals.com
Telephone:  (804) 648-4848
Facsimile:   (804) 237-0413

/s/ Stephen A. Dunn
Stephen A. Dunn
NC State Bar No. 12389
sdunn@emanuelanddunn.com
EMANUEL & DUNN
Post Office Box 426
Raleigh, North Carolina 27602
Telephone: (919) 832-0329
Facsimile: (919) 832-0731

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

William W. Pollock
John B. Walker
Amie C. Sivon
Ragsdale Liggett, PLLC
Post Office Box 31507
Raleigh, NC27622-1507
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
bpollock@rl-law.com
bwalker@rl-law.com
asivon@rl-law.com
*Attorneys for Appellee Prime Communications, L.P.*

        /s/ Harris D. Butler, III
        Harris D. Butler, III
        Virginia State Bar No: 26483
        140 Virginia Street, Ste. 302
        Richmond, Virginia 23219
        harris.butler@butlerroyals.com
        Telephone: (804) 648-4848
        Facsimile: (804) 237-0413