UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No.: 14-1727 (Consolidated with 14-1622)
(5:12-cv-00069-H)

| | |
|---|---|
| PRIME COMMUNICATIONS, L.P., <br><br> Appellant, <br><br> v. <br><br> ROSE LORENZO, and all others similarly situated, <br><br> Appellees. | **APPELLEES' OBJECTIONS/CORRECTIONS TO DOCKETING STATEMENT FILED IN 14-1727** <br> Civil Action No. 5:12-cv-69-H |

COMES NOW Appellees Rose Lorenzo, on behalf of herself and all others similarly situated (collectively, "Appellees") by counsel, and state the following Objections/Corrections in reply to Prime Communications, L.P.'s ("Appellant" or "Prime") Docketing Statement (Appeal 14-1727 [Doc. 7]) ("Docketing Statement").

1) Prime has stated oral argument is unnecessary. Appellees disagree and state that Oral Argument is essential.

2) Prime's Docketing Statement indicates that this appeal is permissible under "9 U.S.C. § 16(a)(1) for District Court's denial of arbitration." Such indication of permissibility is inaccurate. The July 9, 2014 Order from which Prime appeals, denied only reconsideration and an identically based Motion to Dismiss. On the date the District Court ruled on Prime's Motion for Reconsideration (July 9, 2014), Prime had failed to timely appeal denial

of its Motion to Compel Arbitration. The Motion for Reconsideration and related Motion to Dismiss were not filed within the required twenty-eight (28) days of the District Court's November 20, 2013 denial of Prime's Motion to Compel Arbitration. *See* Fed. R. App. P. 4(a)(1)(4)(A)(vi). Rather, the appealed Motions were filed on January 30, 2014, approximately seventy-one (71) days later.

## CONCLUSION

WHEREFORE, Appellees respectfully request that the Court note their objections/corrections and order the Appellant to file an Amended Docketing Statement and for such other relief as the Court may grant.

**Dated**: July 31, 2014.

Respectfully submitted,

**Appellant ROSE LORENZO,
and all others similarly situated,**
By Their Undersigned Attorneys

/s/ Harris D. Butler, III
Harris D. Butler, III
Virginia State Bar No: 26483
Zev H. Antell
Virginia State Bar No: 74634
BUTLER ROYALS, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia 23219
harris.butler@butlerroyals.com
zev.antell@butlerroyals.com
Telephone: (804) 648-4848
Facsimile: (804) 237-0413

/s/ Stephen A. Dunn
Stephen A. Dunn
NC State Bar No. 12389
sdunn@emanuelanddunn.com
EMANUEL & DUNN
Post Office Box 426
Raleigh, North Carolina 27602
Telephone: (919) 832-0329
Facsimile: (919) 832-0731

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

William W. Pollock
John B. Walker
Amie C. Sivon
Ragsdale Liggett, PLLC
Post Office Box 31507
Raleigh, NC27622-1507
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
bpollock@rl-law.com
bwalker@rl-law.com
asivon@rl-law.com
*Attorneys for Appellant Prime Communications, L.P.*

/s/ Harris D. Butler, III
Harris D. Butler, III
Virginia State Bar No: 26483
140 Virginia Street, Ste. 302
Richmond, Virginia 23219
harris.butler@butlerroyals.com
Telephone: (804) 648-4848
Facsimile: (804) 237-0413