FILED: August 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1622 (L)
(5:12-cv-00069-H)

_____

ROSE LORENZO

       Plaintiff - Appellee

v.

PRIME COMMUNICATIONS, L.P., a Texas General Parnership

       Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 10/03/2014

Opening brief due: 10/03/2014

Response brief due: 11/05/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk